IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

    vs.            CASE No. 2:05CR20037

VICTOR MORALES-LIRA                                         DEFENDANTS

## ORDER

Now on this 11th day of May, 2006 comes the petition for issuance of a warrant of arrest filed on May 9, 2006. The Court hereby GRANTS the petition. The U.S. District Clerk is directed to issue a warrant for the arrest of defendant, Victor Morales-Lira to be arrested and surrendered to the United States Bureau of Prisons for satisfaction of the sentence previously imposed by this Court.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Robert T. Dawson
United States District Judge